ELITE LEGAL PRACTICE PC
A Professional Corporation
Steven P. Warner (SBN 159404)
10190 Covington Cross Drive, Suite 300
Las Vegas, NV 89144
Tel: 1-800-718-9606
swarner@eleitelegalpractice.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA YOUNGER,<br><br>        Plaintiff,<br><br>Vs.<br><br>RESURGENT ACQUISITIONS LLC<br><br>        Defendant. | CASE NO.: 5:25-CV-00653-JFW-SHK<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Yolanda Younger ("Plaintiff") and Defendant Resurgent Acquisitions LLC (together, the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss Resurgent Acquisitions LLC, with prejudice within sixty (60) days.

The Plaintiff requests that any pending date(s) and deadline(s) with regard to Resurgent Acquisitions LLC be vacated and that the Court set a deadline on or after

NOTICE OF SETTLEMENT

July 21, 2025 for the Parties to dismiss Plaintiff's claims against Resurgent Acquisitions LLC.

Dated: May 21, 2025                                    ELITE LEGAL PRACTICE PC


By ___/s/ Steven P Warner_____
                                                       ELITE LEGAL PRACTICE PC
                                                       A Professional Corporation
                                                       Steven P. Warner (SBN 159404)
                                                       10190 Covington Cross Drive
                                                       Suite 300
                                                       Las Vegas, NV 89144
                                                       *Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* with *Defendant Resurgent Acquisitions LLC* has been filed on May 21, 2025, through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.


                                                       ELITE LEGAL PRACTICE PC


By ___/s/ Steven P Warner_____
                                                       ELITE LEGAL PRACTICE PC
                                                       A Professional Corporation
                                                       Steven P. Warner (SBN 159404)
                                                       10190 Covington Cross Drive,
                                                       Suite 300
                                                       Las Vegas, NV 89144
                                                       *Attorney for Plaintiff*

NOTICE OF SETTLEMENT